IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:08CR21-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| ABDULLAH FAKIH, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion To Sever Or Exclude Co-Defendants' Statements," filed August 18, 2008. (Document #37) On September 2, 2008, the Government filed a written response conceding that severance will, in fact, be required in the event Fakih's co-defendants do not tender guilty pleas prior to commencement of trial.[1] (Document #41)

Rule 14(a) of the Federal Rules of Criminal Procedure provides that:

"If the joinder of offenses or defendants in an indictment, an information, or a consolidation for trial appears to prejudice a defendant or the government, the court may order separate trials of counts, sever the defendants' trials, or provide whatever other relief justice requires."

FED. R. CRIM. P. 14.

According to the Government, "[s]tatements made by Fakih's co-defendants about Fakih's role in the bank robbery directly implicate him as a major participant ..." and "no amount of redaction of [Fakih's co-defendants'] statements will cure any potential *Bruton* issues."[2] (Response, ¶6) For the reasons advanced *by both parties*, this Court will grant the Defendant's Motion to Sever.

---

[1] This matter is currently scheduled to be heard during the November 2008 trial term in the Statesville Division, which begins November 3, 2008.

[2] *See* Bruton v. United States, 391 U.S. 123 (1968).

1

**IT IS, THEREFORE, ORDERED** that Defendant Abdullah Fakih's Motion to Sever is hereby **GRANTED**. For purposes of trial, Defendant Fakih's case will be severed and, therefore, tried separately and independently of any trial that might occur with respect to his Co-Defendants, Anthony Fleetwood, Demond Dixon, and William Dixon.

Signed: October 1, 2008

Richard L. Voorhees
United States District Judge